**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                                    PLAINTIFF

V.                                       NO: 3:15CV00199 DPM/JWC

RICHMOND *et al*                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Nicholas Cortez Addison, who is currently held at the Poinsett County Detention Center, filed a *pro se* complaint, along with an application for leave to proceed *in forma pauperis*, on July 8, 2015.

Because Plaintiff's complaint should be dismissed, without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed

1

*in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Plaintiff has had at least three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Addison v. Martin et al*, ED/AR No. 3:15CV00001, *Addison v. Muse*, ED/AR No. 3:15CV00133, *Addison v. Martin et al*, ED/AR No. 3:15CV00096. The Court additionally finds, based on the allegations contained in Plaintiff's present complaint, that he is not in imminent danger of serious physical injury. Specifically, Plaintiff claims that he was denied payment he was promised for not reporting the misconduct of a guard with another inmate. Such claims do not describe imminent danger of serious physical injury.

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's application for leave to proceed *in forma paupeirs* (docket entry #1) be DENIED, and his complaint be DISMISSED WITHOUT PREJUDICE. If Plaintiff wishes to continue this case, he should be required to submit the statutory filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the cases's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full

payment, this case should be reopened.

     2.     The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

     DATED this 16th day of July, 2015.

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE