IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

v.                       No. 3:15-cv-199-DPM-JWC

RICHMOND, Correctional Officer,
Poinsett County Detention Center;
JOEY MARTIN, Administrator, Poinsett
County Detention Center; LARRY MILLS,
Sheriff, Poinsett County Detention Center; and
KEVIN MOULDER, Chief, Poinsett County
Detention Center                                               DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted as modified. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Addison asks what the procedure is for paying the filing fee. № 7 at 2. But paying the filing fee would be pointless because Addison's complaint fails to state a claim. Addison cannot recover money promised as a bribe. *E.g., Kansas City Operating Corp. v. Durwood*, 278 F.2d 354, 358 (8th Cir. 1960); № 2 at 4-6. Addison's complaint will be dismissed without prejudice. This dismissal counts as another "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 August 2015*