IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

v.                              No. 3:15-cv-199-DPM

RICHMOND, Correctional Officer,
Poinsett County Detention Center;
JOEY MARTIN, Administrator, Poinsett
County Detention Center; LARRY MILLS,
Sheriff, Poinsett County Detention Center; and
KEVIN MOULDER, Chief, Poinsett County
Detention Center                                              DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_11 August 2015_